UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

James B. Currier

    v.                                            No. 06-fp-328

Hillsborough County Department
of Corrections

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-328-PB.

**SO ORDERED.**

                                                       _/s/ James R. Muirhead_
                                                       James R. Muirhead
                                                       United States Magistrate Judge

Date: September 6, 2006

cc:   James B. Currier, *pro se*