UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>James B. Currier</u>

      v.        Civil No. 06-cv-328-PB

<u>Hillsborough County Department
of Corrections, et al</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 28, 2006, no objection having been filed.

 SO ORDERED.


February 5, 2007         /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge


cc: James B. Currier, pro se
   Carolyn M. Kirby, Esq.
   John A. Curran, Esq.