### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>James B. Currier</u>

    v.                                            Civil No. 06-cv-328-PB

<u>FNU Clement, et al.</u>

### **O R D E R**

Plaintiff is ordered to provide the completed summonses within fifteen (15) days or the case may be dismissed without prejudice for a failure to prosecute.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: February 6, 2007

cc:    James B. Currier, pro se
        Carolyn M. Kirby, Esq.
        John A. Curran, Esq.