UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

James B. Currier

    v.                                             Civil No. 06-cv-328-PB

Hillsborough County Department
of Corrections, et al.

**REPORT AND RECOMMENDATION**

The plaintiff has not provided summonses for individual defendants as ordered and Hillsborough County House of Corrections has been dismissed by approval of my Report & Recommendation dated November 28, 2006.  I recommend that the case be dismissed without prejudice for failure to prosecute it.

Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                                _____
                                                James R. Muirhead
                                                United States Magistrate Judge

Date:  March 2, 2007

cc: John A. Curran, Esq.
    Carolyn M. Kirby, Esq.