UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

James B. Currier

          v.                              Civil No. 06-cv-328-PB

Hillsborough County Department of Corrections, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 5, 2007, no objection having been filed.

    SO ORDERED.


March 30, 2007                           /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge


cc:    James B. Currier, pro se
       John A. Curran, Esq.
       Carolyn M. Kirby, Esq.